IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAFER GOUAR,

    Petitioner,

v.                                          CASE NO. 4:10-cv-00329-MP -WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID HARVEY, ERIC H HOLDER, JANET NAPOLITANO, MICHAEL ROZOS,

    Respondents.

_____/

# **O R D E R**

This matter is before the Court on Doc. 17, Report and Recommendation, regarding the Respondent's Motion to Dismiss. The Magistrate Judge has recommended the Motion to Dismiss, Doc.16, be granted and the § 2241 petition filed by Petitioner Dafer Gour be dismissed as moot since he has been removed from the United States. No party has objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge, Doc. 17, is ADOPTED and incorporated herein.

2.    Motion to Dismiss, Doc. 16, is GRANTED.

3.    Petition for Writ of Habeas Corpus, Doc.1, is DISMISSED as moot.

**DONE AND ORDERED** this __29th__ day of December, 2010



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge